AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Grupo Lauman Holding S de RL de CV
was received by me on *(date)* 1/30/2026

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Israel Gomez, who is
designated by law to accept service of process on behalf of *(name of organization)* Grupo Lauman Holding
S. de RL de CV on *(date)* 2/2/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I also served Israel Gomez with the complaint for Declaratory Relief at the same time

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2/3/2026

*Server's signature*

Joshua Prentiss    Investigator
*Printed name and title*

3145 Geary Blvd #314
San Francisco, CA 94118
*Server's address*

Additional information regarding attempted service, etc: