UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOX CABLE NETWORK SERVICES,
LLC,

                              Plaintiff,                              25-CV-6512 (JPO)

              -v-                                                     ORDER

GRUPO LAUMAN HOLDING, S. DE
R.L. DEC.V.,

                              Defendant.

J. PAUL OETKEN, District Judge:

        Based on the authorities cited in Plaintiff's letter at ECF No. 19, the Court deems service

to have been completed on February 2, 2026, pursuant to Federal Rule of Civil Procedure

4(h)(1)(B).

        This order is issued without prejudice to any motion Defendant may file relating to

service.

        SO ORDERED.

Dated: February 18, 2026
        New York, New York

                                              _____
                                                      J. PAUL OETKEN
                                              United States District Judge