UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOX CABLE NETWORK SERVICES,
LLC,

                          Plaintiff,

            -v-

GRUPO LAUMAN HOLDING, S. DE
R.L. DEC.V.,

                          Defendant.

25-CV-6512 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On March 5, 2026, Plaintiff obtained a Certificate of Default against Defendant Grupo Lauman Holding, S. De R.L. De C.V.  (ECF No. 25.)  Per Rule 4.J. of this Court's Individual Rules and Practices in Civil Cases, if Plaintiff seeks a default judgment against Defendant, it must additionally file a motion for default judgment and then serve that motion and its supporting papers on Defendant within fourteen days.

Plaintiff is directed to file a status letter on or before May 4, 2026, indicating whether it plans to move for default judgment and, if so, outlining an anticipated timeline for doing so.

SO ORDERED.

Dated:  April 20, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge