UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CABLE NETWORK SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GRUPO LAUMAN HOLDING, S. DE R.L. DE C.V.,<br><br>Defendant. | No. 1:25-cv-06512-JPO |

# DEFAULT JUDGMENT

It is hereby **ORDERED, ADJUDGED, AND DECREED** that Default Judgment is entered in favor of Plaintiff Fox Cable Network Services ("Fox") and against Defendant Grupo Lauman Holding, S. de. R.L. de C.V. ("Grupo Lauman") as follows:

The Court **DECLARES** that:

(i) pursuant to the Offer Letter executed by Fox and Grupo Lauman on May 20, 2024, any claim or lawsuit brought by Grupo Lauman arising out of or relating to the Offer Letter or the Potential Acquisition must be brought in a court located in New York;

(ii) the "Exclusivity Period," as defined in Section 9 of the Offer Letter, expired before Fox terminated negotiations regarding the Potential Acquisition;

(iii) Grupo Lauman has no legal claim against Fox arising from Fox's decision to cease negotiations regarding the Potential Acquisition;

(iv) Fox performed its due diligence and otherwise complied with its obligations under the Offer Letter in good faith; and

(v) Fox bears no liability to Grupo Lauman arising from its conduct in, or decision to terminate, negotiations under the Offer Letter.

Dated this 4th day of August, 2026

J. PAUL OETKEN
United States District Judge

The Clerk of Court is directed to file this unredacted judgment under seal, to close ECF No. 36, and to close this case.